# UNITED STATES DISTRICT COURT
### for
### NORTHERN DISTRICT OF TEXAS

## Report on Person Under Supervision - No Court Action Recommended

Person Under Supervision: John Richard Jasso                    Case No.:  2:18-CR-051-Z(01)

Name of Sentencing Judge:  Senior U.S. District Judge Sidney A. Fitzwater (Pursuant to Special Order 3-327, reassigned to U.S. District Judge Matthew J. Kacsmaryk on August 1, 2019.)

Date of Original Sentence:  February 20, 2019

Original Offense:  Convicted Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) & 924(a)(2), Class C Felony

Original Sentence:  104-month custody as to Count 1, 3-year term of supervised release

Revocations:  None

Type of Supervision:  Supervised Release        Date Supervision Commenced: October 3, 2025

Assistant U.S. Attorney: Joshua Jerome Frausto        Defense Attorney:  Bonita L. Gunden
(Court appointed)

## Notification To The Court For Cause As Follows:

The probation officer believes that the person under supervision has violated the following condition(s) which require(s) official notification, although no Court action is being recommended at this time.

Pursuant to USSG §7C1.3(a), upon receiving a report of non-compliance of a condition of supervised release, the court should conduct an individualized assessment to determine what response, if any, is appropriate.

### I.

### Violation of Mandatory Condition No. 2

You must not unlawfully possess a controlled substance.

### Violation of Mandatory Condition No. 3

You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release form imprisonment and at least two periodic drug tests thereafter, as determined by the court.

### Violation of Special Condition No. 1

The defendant must participate in a program (inpatient and/or outpatient) approved by the U.S. Probation Office for treatment of narcotic, drug, or alcohol dependency, which will include testing for the detection of substance use or abuse. The defendant shall abstain from the use of alcohol and/or all other intoxicants during and after completion of treatment. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $25 per month.

John Richard Jasso
Report on Person Under Supervision - No Court Action Recommended

## Nature of Noncompliance

On May 28, 2026, John Richard Jasso submitted a urine specimen for testing at Dailey Recovery Service, the substance abuse treatment provider in Amarillo, Texas, which tested positive for methamphetamine. Confirmation was requested from Abbott Toxicology, which confirmed the specimen collected on May 28, 2026, was positive for methamphetamine. On July 9, 2026, Mr. Jasso admitted verbally and in writing to U.S. Probation Officer Juan Lopez to consuming methamphetamine on or about May 27, 2026.

Prior to commencing supervised release, Mr. Jasso was participating in substance abuse counseling at A Fellow Traveler Recovery in Lubbock, Texas, and continues to participate in this substance abuse treatment program, which includes relapse prevention and a Medication Assisted Treatment (MAT) program. Mr. Jasso is currently prescribed Suboxone through the MAT program to assist with his opioid addiction. Additionally, Mr. Jasso had maintained his sobriety until his recent use for methamphetamine. Due to his recent methamphetamine use, the frequency of his random urine screenings was increased. Mr. Jasso has submitted three negative urinalysis screenings since testing positive for methamphetamine.

It is respectfully recommended no action be taken at this time. The Court will be notified if additional action is warranted or if any violations occur.

I declare under penalty of perjury that the
foregoing is true and correct.

Executed on July 17, 2026
Respectfully submitted,                          Approved,

Juan Lopez                                       Gema Delgado Reyes
U.S. Probation Officer                           Supervising U.S. Probation Officer
Amarillo division                                Phone:  806-337-1752
Phone:  806-337-1754

John Richard Jasso
Report on Person Under Supervision - No Court Action Recommended

## Order of the Court:

☒ Agrees with the recommendation of the probation officer.

☐ Orders the probation officer to submit a request for modifying the conditions or term of supervision.

☐ Orders the probation officer to submit a request for warrant or summons.

☐ Other or Additional:

☐ File under seal until further order of the Court.

The Honorable Matthew J. Kacsmaryk
U.S. District Judge

7-23-26
Date